```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  BARBARA G. BORKOWSKI
    Special Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MUSA KHEIDI SOOD,<br><br>    Defendant. | No. 2:12-cr-00444-AC<br><br>[~~PROPOSED~~] ORDER VACATING TRIAL CONFIRMATION HEARING AND JURY TRIAL AND SETTING CHANGE OF PLEA AND SENTENCING<br><br>Date:  February 11, 2013<br>Time:  9:00 a.m.<br>Judge: Hon. Allison Claire |

It is hereby ordered that the trial confirmation hearing set for February 11, 2013 at 9:00 a.m. and the jury trial set for March 4, 2013 at 9:00 a.m. is VACATED. It is further ordered that a change of plea and sentencing is set for February 11, 2013, at 9:00 a.m.

IT IS SO ORDERED.

Dated: January 29, 2013.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE